IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**BARBARA L. McCRARY,**

    **Plaintiff,**

v.                                      Case No. 1:17cv188-MW/CAS

**NANCY A. BERRYHILL,**
**Acting Commissioner of**
**Social Security,**

    **Defendant.**
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 13. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The Defendant's motion to remand, ECF No. 12, is **GRANTED**, and the Acting Commissioner's decision denying benefits is **REVERSED**. This case is **REMANDED** to the Acting Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g). Defendant is ordered to conduct proceedings in accordance with the Report and

1

Recommendation, ECF No. 13. The Clerk shall enter final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure." The Clerk shall close the file.

**SO ORDERED on November 7, 2017.**

**s/Mark E. Walker            ____**
**United States District Judge**