IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BARBARA L. McCRARY,

       Plaintiff,

v.                                      Case No. 1:17cv188-MW/CAS

NANCY A. BERRYHILL,
Acting Commissioner of
Social Security,

       Defendant.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 18. Upon consideration, with no objection from the Commissioner,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. Plaintiff's unopposed motion for attorney's fees, ECF No. 16, is **GRANTED** and Plaintiff is awarded attorney's fees in the amount of $1,116.97 as reasonable EAJA attorney's fees. The Commissioner is afforded, however, the opportunity to offset from this amount any debt owed by the Plaintiff to the United

1

States that may be identified by the Department of Treasur. Any ultimate distribution shall be made in accordance with *Astrue v. Ratliff*, 130 S.Ct. 2521, 2524 (2010). The Clerk shall terminate the motion and close the file.

**SO ORDERED on January 25, 2018.**

      **s/Mark E. Walker** \_\_\_\_
      **United States District Judge**